RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, <br><br> Plaintiff, <br><br> v. <br><br> WESCO AIRCRAFT HOLDINGS, INC., RANDY J. SNYDER, DAYNE A. BAIRD, THOMAS M. BANCROFT III, PAUL E. FULCHINO, JAY L. HABERLAND, SCOTT E. KUECHLE, ADAM J. PALMER, ROBERT D. PAULSON, JENNIFER M. POLLINO, TODD RENEHAN, AND NORTON A. SCHWARTZ, <br><br> Defendants. | 2:19-cv-08053-SVW-MAA <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br><br> JUDGE: Hon. Stephen V. Wilson <br> CTRM: 10A, 10th Floor |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the
3  above-captioned action (the "Action") with prejudice. Defendants have filed neither
4  an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is
5  therefore effective upon the filing of this notice. Plaintiff requests that this Court
6  retain continuing jurisdiction for purposes of entertaining a mootness fee application,
7  if any, which will be filed under this case number.

DATED: October 15, 2019

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
  RACHELE R. BYRD

Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Counsel for Plaintiff*

806566

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 2:19-cv-08053-SVW-MAA